WILLIAM JOHN WARBURTON, Appellant, v. JAMES A. PHILLIPS, JR., Respondent, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

IRVING TRUST COMPANY, as Trustee, Respondent, v. PARK CHAMBERS, INC., and Others, Defendants, Impleaded with NICHOLAS CHRISTATOS and Others, Appellants.— Supplemental decree affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

MARY E. LONG, Respondent, v. GEORGE U. HAMMOND and HAMMOND & CARPENTER CORPORATION, Appellants, Impleaded with Others.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ,

WILLIAM ROSENBLATT, Appellant, v. VICTOR HOUSE and Others, Defendants, Impleaded with UNITED STATES TRUST COMPANY OF NEW YORK, as Executor, etc., of GEORGE V. A. McCLOSKEY, Deceased, a Former Member of Said Copartnership, Respondent.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, Martin and O'Malley, JJ.

BEATRICE SELIGSON, an Infant, by ISAAC SELIGSON, Her Guardian ad Litem, and ISAAC SELIGSON, Appellants, v. FIREMAN'S FUND INDEMNITY COMPANY, Respondent.— Order so far as appealed from reversed, with twenty dollars costs and disbursements, and motion granted in toto. The bill of particulars to be served within ten days from service of order. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

HARRY SHERMAN, as President of the MOVING PICTURE MACHINE OPERATORS UNION, LOCAL 306, OF INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE OPERATORS OF THE UNITED STATES AND CANADA, a Voluntary Association of More Than Seven Persons, and BARNEY T. WEINER, Respondents, v. ARTHUR ABELES and Others, Defendants, Impleaded with INDEPENDENT THEATRE OWNERS ASSOCIATION, INC., and Others, Appellants.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

GLOBE INDEMNITY COMPANY, Appellant, v. PARK-LEXINGTON CORPORATION and Others, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

MILTON C. SNYDER, Respondent, v. FERGUSON RADIO CORPORATION, Appellant. HERMAN HABERMAN, as Trustee in Bankruptcy for PARAMOUNT RADIO MANUFACTURING CO., INC., Proposed Impleaded Defendant.— Order reversed, with